# Court of Appeals
# of the State of Georgia

ATLANTA,  August 07, 2017

*The Court of Appeals hereby passes the following order:*

**A18D0002.  BRENDA GATES et al. v. TAYLOR COUNTY SCHOOL DISTRICT et al.**

The applicants filed a petition for writ of mandamus, declaratory judgment, injunctive relief, and for leave of court to file information in the nature of a quo warranto against the respondents Taylor County School District and each of the members of the Taylor County Board of Education and Superintendent in their official and individual capacities.  Among other things, the applicants sought a writ of mandamus to compel the respondents to restore the employment of the prior superintendent and enjoin the respondents from unlawfully terminating the prior superintendent's employment.  The respondents filed a motion to dismiss or for judgment on the pleadings.  The trial court granted the motion and dismissed the petition with prejudice.  The applicants then filed this timely application for discretionary review.[1]

It appears that the order the applicants seek to appeal is directly appealable. All judgments or orders granting or refusing to grant mandamus or injunctive relief are directly appealable. OCGA § 5-6-34 (a) (4) and (6).  We will grant an otherwise timely application for discretionary appeal if the lower court's order is subject to direct appeal.  See OCGA § 5-6-35 (j).  Accordingly, this application is hereby GRANTED, and the applicants shall have ten days from the date of this order to file

---

[1] The applicants originally filed their application in the Georgia Supreme Court, which transferred it to this Court.  See Case No. S17D1776 (decided June 29, 2017).

a notice of appeal with the trial court.  See OCGA § 5-6-35 (g).  If they have already filed such notice of appeal in the trial court, they need not file a second notice.  The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*

  *Clerk's Office, Atlanta,  08/07/2017*

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

         *Stephen E. Castlen*  *, Clerk.*